UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

No. 1:26-cv-02433

**Ronk,**
*Plaintiff,*
v.
**Impicciche, et al.,**
*Defendants.*

## ORDER

After reviewing all relevant matters of record in this case, including the report and recommendation of the United States Magistrate Judge (ECF No. 5) and the parties' objections (ECF Nos. 9, 11, 12) the undersigned district judge is of the opinion that the analysis and recommendation of the magistrate judge are correct. The Court accordingly adopts the report and analysis of the United States Magistrate Judge.

Plaintiff's claims under the Rehabilitation Act are dismissed with prejudice. Plaintiff's Americans with Disabilities Act claim against Defendant Joseph Impicciche is also dismissed with prejudice. Plaintiff's motion for leave to amend, ECF No. 9, is denied without prejudice for failure to attach a proposed amended complaint as required by Local Rule CV-7(B).

To promote judicial efficiency, this case is re-referred to United States Magistrate Judge Howell for all pretrial matters pursuant 28 U.S.C. § 636, Federal Rule of Civil Procedure 72, and Appendix C of the Western District of Texas Local Rules.

*So ordered by the Court on November 3, 2026.*

ANDREW DAVIS
United States District Judge